**No. 10-10889. Eun S. Kim, Petitioner v. Patrick R. Donahoe, Postmaster General, et al.**

565 U.S. 1101, 132 S. Ct. 868, 181 L. Ed. 2d 566, 2011 U.S. LEXIS 8884.

December 12, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 855, 132 S. Ct. 186, 181 L. Ed. 2d 95, 2011 U.S. LEXIS 5846.

**No. 10-10957. Martez Lamont Sherrod, Petitioner v. United States.**

565 U.S. 1101, 132 S. Ct. 868, 181 L. Ed. 2d 566, 2011 U.S. LEXIS 8848.

December 12, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 859, 132 S. Ct. 194, 181 L. Ed. 2d 101, 2011 U.S. LEXIS 6181.

**No. 10-11080. Carlos Garay, Petitioner v. Department of Management Services, Division of Retirement.**

565 U.S. 1101, 132 S. Ct. 868, 181 L. Ed. 2d 566, 2011 U.S. LEXIS 8875.

December 12, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 866, 132 S. Ct. 211, 181 L. Ed. 2d 114, 2011 U.S. LEXIS 6447.

**No. 10-11098. Paul McCreary, Petitioner v. Howard Skolnik, et al.**

565 U.S. 1101, 132 S. Ct. 869, 181 L. Ed. 2d 566, 2011 U.S. LEXIS 8859.

December 12, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 867, 132 S. Ct. 214, 181 L. Ed. 2d 116, 2011 U.S. LEXIS 6413.

**No. 10-11188. Marvin Mosley, Petitioner v. Illinois.**

565 U.S. 1101, 132 S. Ct. 869, 181 L. Ed. 2d 566, 2011 U.S. LEXIS 8911.

December 12, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 872, 132 S. Ct. 226, 181 L. Ed. 2d 125, 2011 U.S. LEXIS 6723.

**No. 11-28. Bernice Malcolm, Petitioner v. Honeoye Falls Lima Central School District.**

565 U.S. 1101, 132 S. Ct. 869, 181 L. Ed. 2d 566, 2011 U.S. LEXIS 8918.

December 12, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 879, 132 S. Ct. 244, 181 L. Ed. 2d 139, 2011 U.S. LEXIS 5310.

**No. 11-203. Robert E. Poles, Petitioner v. Marcia J. Sikowitz.**

565 U.S. 1101, 132 S. Ct. 869, 181 L. Ed. 2d 566, 2011 U.S. LEXIS 8913.

December 12, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 964, 132 S. Ct. 457, 181 L. Ed. 2d 295, 2011 U.S. LEXIS 7559.